## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I caused the Court's Notice of Initial Pretrial Conference in Case No. 16-CV-9388 to be served upon the following counsel of record for Defendants by First Class Mail and Email:

**John W. Egan, Esq.**
**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, NY 10018-1405
JEgan@seyfarth.com

_____
C.K. Lee, Esq.