UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Lucia Marett
*on behalf of herself and all others similarly situated,*

        Plaintiff,

        -against-

Lodgeworks Partners, L.P.,

        Defendant.

---

Case No.: 16-CV-09388

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Lucia Marett, are hereby dismissed with prejudice, in their entirety, as against Defendant, Lodgeworks Partners, L.P., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 11, 2017
       New York, New York

                      Lee Litigation Group, PLLC
                      30 East 39th Street, Second Floor
                      New York, NY 10016
                      Phone: (212) 465-1188

                      C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.

7/12/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 2 2017